**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| **JOE K. SMITH, JAN G. SMITH, IRENE N. SMITH and JUANITA B. ANDREWS** | **PLAINTIFFS** |
| **VS.    CASE NO. 2:09CV00101 SWW** | |
| **DAVID H. ARRINGTON OIL AND GAS, INC.** | **DEFENDANT** |

**ORDER**

Plaintiff's notice of related case (Doc. No. 13) is granted and this case is hereby transferred to the undersigned pursuant to General Order No. 39. Judicial economy dictates transfer of this case because it bears common questions of law and fact to *Whistle v. David H. Arrington Oil & Gas Inc., et al.* (Case No. 2:08-cv-00037), a case that was closed by the undersigned on June 11, 2009.

IT IS SO ORDERED THIS 16th day of October, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE