# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| JOE K. SMITH, JAN G. SMITH, IRENE N. SMITH, and JUANITA B. ANDREWS | PLAINTIFFS |
| v.  CASE NO. 2:09CV00101 BSM | |
| DAVID H. ARRINGTON OIL AND GAS, INC. | DEFENDANT |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41, plaintiffs Joe K. Smith, Jan G. Smith, and Irene N. Smith move to dismiss their unjust enrichment, promissory estoppel, and fraud claims with prejudice, and plaintiff Juanita B. Andrews moves to dismiss all of her pending claims with prejudice. [Doc. No. 55]. That motion is granted.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE