IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOE K. SMITH, JAN G. SMITH, IRENE N. SMITH, and
JUANITA B. ANDREWS**                                                        **PLAINTIFFS**

v.                          **CASE NO. 2:09CV00101 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered September 3, 2010, judgment is granted to plaintiffs against defendant. Plaintiffs are awarded damages in the following amounts: $48,840 payable to Joe K. Smith and Jan G. Smith, plus postjudgment interest of .24% per annum until paid; and $49,374 payable to Irene N. Smith, plus postjudgment interest of .24% per annum until paid.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE